**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-1011-LTB-OES

JERRY CROKER, On Behalf of Himself and All Others Similarly Situated,
    Plaintiff,

v.

CARRIER ACCESS CORPORATION,
ROGER L. KOENIG,
NANCY G. PIERCE, and
TIMOTHY R. ANDERSON,
    Defendants.

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-1078-REB-OES

ARLINGTON CHISMAN, JR., Individually and On Behalf of All Others Similarly Situated,
    Plaintiff,

v.

CARRIER ACCESS CORPORATION,
ROGER L. KOENIG,
NANCY G. PIERCE, and
TIMOTHY R. ANDERSON,
    Defendants

---

**ORDER RE: STIPULATED MOTION FOR CONSOLIDATION
AND EXTENSION OF TIME TO ANSWER**

---

THIS MATTER having come before the Court upon the Parties' Stipulated Motion for Consolidation and Extension of Time to Answer, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the motion is GRANTED and that:

1. The above-captioned cases shall be consolidated into Civil Action No. 05-cv-1011-LTB-OES, for all purposes, including pretrial proceedings, trial and appeal. [**NOTE**: Counsel are advised that all docket entries are to be made only in the lead case of 05-cv-1011-LTB-OES.]

2. Within sixty (60) days after entry of the Court's order appointing a Lead Plaintiff and designating Lead Plaintiff's Counsel pursuant to 15 U.S.C. § 78u-4(a)(3), counsel for Lead Plaintiff shall file a consolidated complaint.

3. Prior to the filing of a consolidated complaint, Defendants are not required to respond to either the Croker Complaint or the Chisman Complaint.

4. Once a consolidated complaint is filed, Defendants shall have up to and including forty-five (45) days to answer or otherwise respond. If any defendant files a motion in response to the consolidated complaint, Lead Plaintiff's opposition brief shall be filed within forty-five (45) days of that defendant's motion, and the reply brief shall be filed thirty (30) days thereafter, unless otherwise agreed upon by the Parties and approved by the Court.

Dated this  1st  of  July , 2005.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK  
CHIEF JUDGE, U.S. DISTRICT COURT