**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-1011-LTB-OES

JERRY CROKER, On Behalf of Himself and All Others Similarly Situated,
    Plaintiff,

v.

CARRIER ACCESS CORPORATION,
ROGER L. KOENIG,
NANCY G. PIERCE, and
TIMOTHY R. ANDERSON,
    Defendants.

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-01280-EWN-MJW

STANLEY SVED,
MICHAEL MAZZILLI and
KIMBERLY MAZZILLI, on behalf of themselves and all others similarly situated,
    Plaintiffs,

v.

CARRIER ACCESS CORPORATION,
ROGER L. KOENIG,
NANCY G. PIERCE, and
TIMOTHY R. ANDERSON,
    Defendants

---

**ORDER RE: STIPULATED MOTION FOR CONSOLIDATION
AND EXTENSION OF TIME TO ANSWER**

---

THIS MATTER having come before the Court upon the Parties' Stipulated Motion for Consolidation and Extension of Time to Answer, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the motion is GRANTED and that:

1. The above-captioned cases shall be consolidated into Civil Action No. 05-cv-1011-LTB-OES, for all purposes, including pretrial proceedings, trial and appeal. [**NOTE**: Counsel are advised that all docket entries are to be made only in the lead case of 05-cv-1011-LTB-OES.]

2. The Court's July 1, 2005 Order consolidating the Chisman and Croker Complaints into the first-filed Croker Complaint shall apply in all respects to the Sved Complaint.

3. Prior to the filing of a consolidated complaint, Defendants are not required to respond to the Sved Complaint. This Court has previously ordered that Defendants are not required to respond to either the Croker or the Chisman Complaint.

Dated this 2nd of August, 2005.

BY THE COURT:

s/Lewis T. Babcock  
Lewis T. Babcock, Chief Judge