IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No. 05-cv-01011-LTB-OES

JERRY CROKER, On Behalf of Himself and All Others Similarly Situated,

Plaintiff,

v.

CARRIER ACCESS CORPORATION,
ROGER L. KOENIG,
NANCY G. PIERCE, and
TIMOTHY R. ANDERSON,

Defendants.

_____

ORDER APPROVING STIPULATION FOR EXTENSION OF TIME TO ANSWER
CONSOLIDATED CLASS ACTION COMPLAINT
_____

This matter coming before the Court on the parties' Stipulated Motion for Extension of Time to Answer the Consolidated Class Action Complaint dated July 27, 2006, good cause appearing,

IT IS HEREBY ORDERED that said Motion is GRANTED. Defendants shall have until September 15, 2006 to file their answer to the complaint.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Chief Judge

DATED: July 28, 2006