# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-01011-LTB-OES (Consolidated with Civil Action Nos. 1:05-cv-01078-LTB-OES and 1:05-cv-01280-LTB-MJW)


JERRY CROKER, On Behalf of Himself and All Others Similarly Situated,

    Plaintiff,

v.

CARRIER ACCESS CORPORATION, et al.,

    Defendants.

---

**ORDER AWARDING LEAD PLAINTIFFS' COUNSEL'S ATTORNEYS' FEES AND EXPENSES AND REIMBURSEMENT OF LEAD PLAINTIFF'S EXPENSES**

This matter having come before the Court on January 25, 2008, on the motion of Lead Counsel for an award of attorneys' fees and expenses incurred in the Litigation and Lead Plaintiff's request for reimbursement of expenses. The Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this Litigation to be fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of February 7, 2007 (the "Stipulation"), filed with the Court.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Counsel attorneys' fees of 30% of the Settlement Fund plus litigation expenses in the amount of $132,331.29, together with the interest earned thereon at the same rate and for the same time period as earned by the Settlement Fund. The Court finds that the amount of the fees awarded is appropriate and that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method given the risks of non-recovery, the time and effort involved, and the result obtained for the Class.

4. The awarded attorneys' fees and expenses shall immediately be paid to Lead Counsel subject to the terms, conditions and obligations of the Stipulation, and in particular ¶6.2 thereof, which terms, conditions and obligations are incorporated herein.

5. Pursuant to 15 U.S.C. §78u-4(a)(4), Lead Plaintiff Lee Bronson shall be reimbursed $2,100.00 in expenses.

IT IS SO ORDERED.

DATED: January 25, 2008

s/Lewis T. Babcock
THE HONORABLE LEWIS T. BABCOCK
UNITED STATES DISTRICT JUDGE